# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY NUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1435 CAS |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order of this date and incorporated herein, and the Report and

Recommendation of United States Magistrate Judge dated July 12, 2006,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the

Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims for

relief are **DISMISSED** with prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   27th   day of July, 2006.